**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IMMUNOMEDICS, INC.,<br><br>Petitioner,<br><br>v.<br><br>GUGGENHEIM SECURITIES, LLC,<br><br>Respondent. | Case No. 1:16-cv-11147<br><br>CASE IN OTHER COURT:<br>*Immunomedics, Inc. v. Roger Williams Medical Center, et al.*, Case No. 2:15cv04526-JLL-SCM |

**PETITIONER IMMUNOMEDICS, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO RESPONDENT GUGGENHEIM SECURITIES, LLC FOR THE PRODUCTION OF DOCUMENTS AND A DEPOSITION**

Immunomedics, Inc. ("Immunomedics") respectfully requests that this Court order Guggenheim Securities, LLC ("Guggenheim") to comply with Immunomedics' subpoena pursuant to Rule 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure. In the alternative, Immunomedics requests that this Court transfer this Motion to the issuing federal district court, the District of New Jersey, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. The grounds in support of this motion are set forth fully in the accompanying Memorandum of Law and Declaration on Michael S. Wigotsky.

Date: December 7, 2016

Respectfully submitted,

**DLA PIPER LLP (US)**

By: /s/ John Hamill

John Hamill
john.hamill@dlapiper.com
Allyson E. Poulos
allyson.poulos@dlapiper.com
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
T: (312) 368-4000
F: (312) 236-7516

*Attorneys for Petitioner Immunomedics, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing document was filed electronically on December 7, 2016, and copies are being sent to (i) counsel for Respondent Guggenheim Securities, LLC via email and overnight mail and (ii) via email to all counsel in the underlying action.

By: /s/ John Hamill
John Hamill